# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Edward C. Tomaszewski,<br><br>*Debtor*. | Case No. 24-12260-amc<br>Chapter 13 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

- Motion to Approve Sandra Tomaszewski as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements
- Notice of Debtor's Motion to Approve Sandra Tomaszewski as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements, Response Deadline, and Hearing Date

Date: July 2, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

## Mailing List Exhibit

American Express
Attn: Bankruptcy
200 Vesey St
New York, NY 10285-1000

Capital One Financial Corp.
Attn: Bankruptcy
1680 Capital One Dr
McLean, VA 22102-3407

Citibank N.A.
Mail Code 451
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348

Nationstar Mortgage LLC
350 Highland Dr
Lewisville, TX 75067-4488

Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616

Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Synchrony Bank
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247

U.S. Attorney, Eastern District of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Washington Savings Bank
2701 E Allegheny Ave
Philadelphia, PA 19134-5901

William Penn Bank
201 Pond St
Bristol, PA 19007-4922