American Express
Attn: Bankruptcy
200 Vesey St
New York, NY 10285-1000

Atlantic County Tax Claim
Bureau
Attn: Bankruptcy
1333 Atlantic Ave
Atlantic City, NJ 08401-7212

Capital One Financial Corp.
Attn: Bankruptcy
1680 Capital One Dr
McLean, VA 22102-3407

Citibank N.A.
Mail Code 451
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

City of Philadelphia
Law Department
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Margate City Tax Office
Attn: Bankruptcy
9001 Winchester Avenue
Margate City, NJ 08402


Mission Lane LLC
Attn: Bankruptcy
P.O. Box 105286
Atlanta, GA 30348


Pennsylvania Attorney General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001


Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210


Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616


Philadelphia Parking Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Shellpoint Mortgage Servicing
Attn: Bankruptcy
75 Beattie Pl Ste 300
Greenville, SC 29601-2138

Synchrony Bank
Attn: Bankruptcy
777 Long Ridge Rd
Stamford, CT 06902-1247


U.S. Attorney, Eastern District
of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404


U.S. Department of Justice
Attorney General
PO Box 683
Washington, DC 20044-0683


William Penn Bank
201 Pond St
Bristol, PA 19007-4922