# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :         CHAPTER 13

Edward C. Tomaszewski
    DEBTOR                     :         BKY. NO.   19-16769JKF13

## O R D E R

    AND NOW, this _____ day of _____, 2019 upon consideration of the Debtor's Motion to Appoint Next Friend.

    It is ordered that the motion is granted. For cause shown, Debtor's daughter, Sandra Tomaszewski, is appointed to serve as Next Friend for the Debtor. Notices shall be directed to Edward C. Tomaszewski c/o Sandra Tomaszewski, 2724 E. Allegheny Avenue, Philadelphia, PA 19134.

    As Next Friend Sandra Tomaszewski can fully participate on behalf of the Debtor at the trustee meeting and all aspects of the Chapter 13 case.

By the Court:

*[signature]*

**Date: December 12, 2019**        Honorable Jean K. FitzSimon
                                                   U.S. Bankruptcy Judge

## ACKNOWLEDGMENT OF AGENT

I, Sandra Tomaszewski, have read the attached Power of Attorney and I am the person identified as the agent for the principal. I hereby acknowledge that in the absence of a specific provision to the contrary in the power of attorney or in 20 Pa.C.S. when I act as agent:

I shall exercise the powers for the benefit of the principal.

I shall keep the assets of the principal separate from our assets.

I shall exercise reasonable caution and prudence.

I shall keep a full and accurate record of all actions, receipts and disbursements on behalf of the principal.

DATE: 07/19/12

_Sandra C Tomaszewski_
Sandra Tomaszewski, Agent

-9-

A

## POWER OF ATTORNEY
## NOTICE

THE PURPOSE OF THIS POWER OF ATTORNEY IS TO GIVE THE PERSON YOU DESIGNATE (YOUR "AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY, WHICH MAY INCLUDE POWER TO SELL OR OTHERWISE DISPOSE OF ANY REAL OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL BY YOU.

THIS POWER OF ATTORNEY DOES NOT IMPOSE A DUTY ON YOUR AGENT TO EXERCISE GRANTED POWERS, BUT WHEN POWERS ARE EXERCISED, YOUR AGENT MUST USE DUE CARE TO ACT FOR YOUR BENEFIT AND IN ACCORDANCE WITH THIS POWER OF ATTORNEY.

YOUR AGENT MAY EXERCISE THE POWERS GIVEN HERE THROUGHOUT YOUR LIFETIME, EVEN AFTER YOU BECOME INCAPACITATED, UNLESS YOU EXPRESSLY LIMIT THE DURATION OF THESE POWERS OR YOU REVOKE THESE POWERS OR A COURT ACTING ON YOUR BEHALF TERMINATES YOUR AGENT'S AUTHORITY.

YOUR AGENT MUST KEEP YOUR FUNDS SEPARATE FROM YOUR AGENT'S FUNDS.

A COURT CAN TAKE AWAY THE POWER OF YOUR AGENT IF IT FINDS YOUR AGENT IS NOT ACTING PROPERLY.

THE POWERS AND DUTIES OF AN AGENT UNDER POWER OF ATTORNEY ARE EXPLAINED MORE FULLY IN 20 PA.C.S. CH. 56.

IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO NOT UNDERSTAND, YOU SHOULD ASK A LAWYER OF YOUR OWN CHOOSING TO EXPLAIN IT TO YOU.

I HAVE READ OR HAD EXPLAINED TO ME THIS NOTICE AND I UNDERSTAND ITS CONTENTS.

DATE: 7-19-2012

_Edward C. Tomaszewski_
Edward C. Tomaszewski, Jr., Principal

-1-

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS that I, Edward C. Tomaszewski Jr., presently of Philadelphia, PA, have made, constituted and appointed and by these presents do make, constitute and appoint my daughter, Sandra Tomaszewski, my true and lawful agent, with full power to act in my stead and in my behalf to make, do and transact all and every kind of business whatsoever in my name as fully as though I myself were acting; this power to include, without in any way limiting the generality of the foregoing, full power and authority to do or perform for me, in my name, place and stead or in his name, place and stead, any or all of the following:

1. To ask, demand, sue for and receive all sums of money, securities, debts, dues, accounts, legacies, bequests, devises and inheritances now or which may hereafter become due and payable to me in any manner whatsoever, and to compromise and settle any claims therefor; and upon receipt of such sums or property or any sums due in settlement of claims therefor; to sign, seal, execute and deliver all necessary acquittances, satisfactions, and discharges therefor;

2. To enter any safe deposit box or safe deposit boxes in any bank, trust company or financial institution in which I now or may hereafter have safe deposit boxes and to add to and to remove any of the contents thereof; and to close any such box or boxes and to open others;

3. To draw checks against my accounts in my name and to deposit moneys therein and to accept or endorse any notes, checks, bills of exchange, letters of credit or other instruments;

4. To pay and discharge all debts and demands due and payable, or which may hereafter become due and payable to me unto any person or persons whatsoever;

5. To manage, let, sub-let, and demise any real estate or interest therein now belonging, or that may hereafter belong to me, to enter and re-enter upon the same, taking possession thereof from time to time, to give notices to quit, of termination, and the like, to collect all rents due and to become due, with power to institute actions at law in my name and to conduct all manners of procedures at law by distraint or otherwise;

6. To grant, bargain, sell, transfer, set over and convey, exchange or dispose of any and all real estate or interest therein which I may have or may hereafter acquire for any price or consideration, and with any reservations, restrictions or conditions; to receive the purchase money therefor without any obligation on the purchaser to look to the application of such moneys, and to sign, seal, execute, acknowledge and deliver all deeds, conveyances, settlement sheets or other instruments necessary or desirable in connection therewith;

7. To endorse checks, notes and drafts and all instruments for deposit, collection or otherwise; to sign, assign or endorse any and all stock certificates issued by any corporation or similar organization; to vote at any general or special

-2-

meeting of stockholders all stock owned, held or controlled by me or standing in my name; to receive and receipt for dividends upon any stock belonging to me or standing in my name and on which I may be entitled to receive dividends;

8. To sell, assign, transfer, set over or purchase, or otherwise acquire, any and all shares of stocks, bonds, securities, mortgages, goods, automobiles, merchandise, effects, or other personal property upon such terms and for such prices as my said attorney may deem advisable;

9. To invest, reinvest, keep invested, alter, vary and change without liability the moneys and assets now or hereafter belonging to me in such stocks, bonds, securities, investments or other evidences of indebtedness as my agent may see prudent and desirable, including investments in the purchase of endowment, whole life, term or any other form of insurance policy or annuity contract on my life, it being my intention to give to my said agent the broadest powers of investment, without said agent being confined to such as are from time to time usually termed "legal investments";

10. To retain cash and/or the proceeds from the sale of such assets and to postpone the investing of such moneys or assets in the manner herein provided for so long and for such period of time as in the sole judgment and discretion of my agent may deem advisable;

11. To make any application or applications for registration of any automobile or automobiles that I may at any time own, and to purchase in my name and for my account, and to assign and transfer insurance covering the ownership and operation of the same;

12. To collect and receipt for any and all interest and dividends on mortgages, stock or other securities now or hereafter belonging to me, and to make or enter into any agreement or agreements in the management of any business or properties of mine, or in which I have an interest;

13. To enter satisfaction upon the record of any indenture of mortgage now or hereafter in my name, and to execute releases thereof, or to sell or assign the same, and to transfer or change policies of insurance in connection therewith;

14. To borrow money, including on any policy or policies of insurance which may now or hereafter be issued on my life for whatever purpose and in connection therewith pledge, assign and deliver such policy or policies as security therefor and to mortgage or pledge any portion of my assets and securities, real or personal, now or hereafter belonging to me to secure the repayment of money so borrowed, and to execute notes or other instruments for the same, and to renew any notes or other obligations of mine now existing and to pledge and repledge any portion of my assets as aforesaid to secure any such notes; to make or change any designation of beneficiary or to make or change any distribution option for any qualified retirement plan, IRA, annuity, insurance policy or other program for which I am entitled to so do.

15. To engage in retirement plan transactions which shall mean to

contribute to, withdraw from and deposit funds in any type of retirement plan (including but not limited to, any tax qualified or nonqualified pension, profit sharing, stock bonus, employee savings and retirement plan, deferred compensation plan or individual retirement account); to select and change payment options for me; to make roll over contributions from any retirement plan to other retirement plans; and, in general, to exercise all powers with respect to retirement plans that I could if present;

16. To commence and prosecute or defend and/or settle or compromise any claims, suits or actions, or other proceedings at law or in equity, now instituted or to be instituted, which my said agent may deem advisable, or which may have been or may be brought against me, and in all such suits, actions or proceedings for me to appear and plead before any court or tribunal having jurisdiction thereof, whether of original or appellate jurisdiction;

17. To execute all releases and discharges of all claims which I have or may have, arising in contract, tort or trespass at law or in equity;

18. To prepare, execute and file federal, state income and gift tax returns and all other tax returns required to be made by me, to pay the taxes due thereon, to execute and file claims for refund of over payments on such taxes, to receive and endorse for deposit or collection refund checks, to sign waivers extending the period for the assessment for such taxes or deficiencies therein, to sign consents to the immediate assessment of deficiencies and acceptances of proposed over assessments, to execute closing agreements, to engage and appoint attorneys to represent me in connection with any matters arising before the Treasury Department of the United States or any other taxing authority, and to prosecute litigation in connection with my liability for taxes before any appropriate court, and to appear for me in my name and on my behalf before the Treasury Department of the United States or any branch or sub-division thereof and any state or municipal authority in all matters pertaining to taxes; and in general to do all manner of things which I might personally or could do in all matters pertaining to federal, state or municipal taxes or any other kind of taxes;

19. To authorize, contract with and arrange for my entrance to any hospital, nursing home, health center, convalescent home or similar institution and to pay all bills in connection therewith and to authorize medical and surgical procedures and to pay all bills in connection therewith; to have access to any and all medical and related information and records of mine; to disclose medical and related information to others; to employ and discharge medical and related personnel; to consent to or refuse to consent to medical care if I am either incompetent or suffering from a terminal condition and my attending physician has determined that there can be no recoveries from such condition; to consent or refuse to consent to psychiatric care, including the right to voluntarily commit me to a psychiatric care facility if it becomes necessary; to provide the means by which appropriate relief from pain may be had where necessary; to grant releases to health care professionals or institutions when it is deemed advisable.

I authorize and direct any physician, health care professional, health care provider, and medical care facility to provide to my agent information

-4-

relating to my physical and mental condition and the diagnosis, prognosis, care and treatment thereof upon the request of my agent. It is my intent that this authorization for my agent to be considered a personal representative under privacy regulations related to protected health information and for my agent to be entitled to all health information in the same manner as if I personally were making the request. This authorization and direction shall also be considered a consent to the release of such information under current and future regulations, laws and rules, including but not limited to, the express grant of authority to personal representative as provided by Regulation Section 164.502(g) of Title 45 of the Code of Federal Regulations and the medical information privacy law and regulations generally referred to as HIPAA;

20. To make gifts: My agent may make gifts on my behalf to any donees and in such amounts as my agent may decide, subject to the following:

A. The class of permissible donees shall consist solely of my spouse, my children, my grandchildren, and my great-grandchildren (including my agent if my agent is a member of such class.)

B. During each calendar year, the gifts to each donee pursuant to this power shall have an aggregate value not in excess of Twelve Thousand Dollars, or such lesser (or greater) amount as, and shall be made in such manner as to qualify in their entirety for my annual exclusion from the federal gift tax as provided in Section 2503(b) of the Internal Revenue Code of 1986, as amended, without regard to Section 2513(a) thereof (or any successor provision allowing gift to be split with a spouse).

21. To create and fund a trust for my benefit or for the benefit of any person(s) included in the class described directly above.

22. To make additions to any existing trust for my benefit.

23. To claim an elective share of the estate of my deceased spouse.

24. To disclaim any interest in property.

25. To renounce fiduciary positions.

26. To withdraw and receive the income or corpus of a trust.

27. To execute powers of appointment which I have the power to exercise.

28. To do, in addition to the powers herein specifically set forth, all other acts or things whatsoever, and to exercise all other powers on my behalf, regardless of whether or not referred to hereinbefore, as fully as though herein specifically expressed, which in the sole discretion of my said agent may be deemed

-5-

advisable to be done for me. The enumeration of the specific powers conferred herein shall not be deemed to exclude herein any other power, it being the purpose and intent to give my said agent power to do any and all things on my behalf as fully as I could do myself.

29. To employ accountants, agents, attorneys, brokers and other representatives to perform any act of administration (whether or not discretionary), and to determine and pay their compensation, without the necessity of filing a judicial accounting or obtaining judicial approval.

30. I also empower my said agent to make, constitute and appoint one or more persons as a substitute or substitutes in the place or stead of my said agent and to revoke the same at pleasure; given and granting unto said substitute and substitutes full power and authority to act hereunder in the place and stead of my agent, but in my name and on my behalf. I hereby ratify and confirm all the said agent or substitute or substitutes shall do therein by virtue of these presents.

31. This power of agent shall not be affected by my subsequent disability or incapacity, but rather shall continue in full force and effect upon such eventuality;

32. I hereby intend and therefore direct that a photocopy or other facsimile copy of the original of this document, certified by an attorney-at-law to be a true and correct copy shall be equally effective as the original hereof.

33. I hereby declare that in case of my death, this power of attorney shall, as to all matters and things which may after my death be done by my said agent, by authority or under color, or in pursuance hereof, be as binding upon my executors and administrators as the same would have been upon me if living, unless my said agent so acting shall, previously to the doing of any such matters or things, have personally received notice of my death, so effectually to apprise my said agent that the authority conferred hereby has ceased and terminated.

34. I hereby indemnify and hold harmless any bank, trust company or other financial institution which may suffer any loss as a result of any act of my agent and I hereby pledge everything of value now or hereafter owned by me as security for the payment of any such loss.

35. This is a sample of the signature of my agent.

_Sandra C Tomaszewski_
Sandra Tomaszewski

-6-

IN WITNESS WHEREOF, I have hereunto set my hand and seal this 19 day of July, 2012.

*Edward C. Tomaszewski* (SEAL)
Edward C. Tomaszewski, Jr.

WITNESS: *[signature]*

COMMONWEALTH OF PENNSYLVANIA     :
                                 : SS
COUNTY OF PHILA                  :

On this, the 19 day of July, 2012, before me, a Notary Public, the undersigned officer, personally appeared Edward C. Tomaszewski, Jr., known to me to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained and desired that the same be recorded as such.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JAMES B. SKOWRONSKI, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 2, 2015

Notary Public

-8-