**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Case No. 24-12260-amc |
| Edward C Tomaszewski, | Chapter 13 |
| Debtor. | |

**Order Granting Debtor's Motion to Approve Sandra Tomaszewski as Debtor's Next Friend and for Waiver of Credit Counseling and Financial Management Course Requirements**

**AND NOW**, upon consideration of the Debtor's Motion to Approve Sandra Tomaszewski as Debtor's Next Friend, and after notice and hearing, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. Sandra Tomaszewski is **APPROVED** as next friend for the Debtor in this case.

3. Sandra Tomaszewski has the authority to take all actions required by the Debtor as debtor during the pendency of the case, including filing the voluntary petition and testifying on behalf of the Debtor at the meeting of creditors.

4. The Debtor's obligation to complete a pre-petition credit counseling course is **WAIVED**.

5. The Debtor's obligation to complete a pre-discharge financial management course is **WAIVED**.

6. This order is effective July 1, 2024.

Date: August 29, 2024

_____
Ashely M. Chan
U.S. Bankruptcy Chief Judge