UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: :
:
Edward C. Tomaszewski, Jr. : Chapter 13
Debtor :
: NO. 24-12260-amc

### CONSENT ORDER REGARDING TOLLING OF FRAUDULENT TRANSFER CLAIM

Whereas, on or about June 10, 2024 Edward C. Tomaszewski, Jr (the "Debtor") transferred $219,169.41 to his daughter, Sandra Tomaszewski for no consideration;

Whereas, the Debtor filed a Chapter 13 Bankruptcy three weeks after the transfer of the said money; and

Whereas, the Debtor was cash flow insolvent and unable to pay his bills at the time of the transfer; and

Whereas, the Trustee may have a fraudulent transfer claim against the Debtor and Sandra Tomaszewski under both the Bankruptcy Code and Pennsylvania law;

The undersigned parties/counsel agree on this date, August 15, 2024 to the following:

1. That statute of limitations on any Bankruptcy Code or Pennsylvania fraudulent transfer claim against the Debtor and Ms. Tomaszewski shall be tolled from the date of filing of this case until this case is closed or the Debtor obtains a bankruptcy discharge, whichever comes first.

2. The terms of this Consent Order shall supersede any conflicting terms of any future confirmed Chapter 13 Plan.

3. The parties hereto request the Court enter this agreement as a Consent Order.

1

CIBIK LAW, P.C.

By: _____
Attorney for Debtor

By: _____
Edward C. Tomaszewski, Jr.
Debtor

By: _____
Sandra Tomaszewski

Office of Standing Chapter 13 Trustee

By: _____
Ann E. Swartz, Esquire
2901 St. Lawrence Ave., Ste 100
Reading, PA 19606
(610) 779-1313 (Phone)
(610) 779-3637 fax
**Counsel for Chapter 13 Trustee**

IT IS SO ORDERED:

Dated:_____        _____
Ashely M. Chan,
Chief United States Bankruptcy Court

2