| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-12260-AMC**

Edward C. Tomaszewski, Jr
2724 E Allegheny Ave
Philadelphia  PA  19134-5916

Petition Filed Date: 07/01/2024
341 Hearing Date: 08/23/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**\*\*There were no receipts posted to this case for the time period selected\*\***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | CAPITAL ONE BANK (USA) NA »» 001 | Unsecured Creditors | $762.57 | $0.00 | $0.00 |
| 2 | AMERICAN EXPRESS NATIONAL BANK »» 002 | Unsecured Creditors | $8,067.02 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,535.00 | Current Monthly Payment: | $5,535.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $553.50 | Total Plan Base: | $332,100.00 |
| Funds on Hand: | $4,981.50 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.