United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12260-amc |
| Edward C. Tomaszewski, Jr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 06, 2024 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Edward C. Tomaszewski, Jr, 2724 E Allegheny Ave, Philadelphia, PA 19134-5916 |
| nof | + | Sandra Tomaszewski, 2724 E. Allegheny Avenue, Philadelphia, PA 19134-5916 |
| cr | + | US Bank Trust National Association, Not In Its Ind, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| cr | + | William Penn Bank, 2900 Comly Road, Philadelphia, PA 19154-2107 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 07 2024 02:43:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 07 2024 02:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2024     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2024 at the address(es) listed below:

**Name**          **Email Address**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 06, 2024 | Form ID: pdf900 | Total Noticed: 6 |

AMAR A AGRAWAL
    on behalf of Creditor William Penn Bank aagrawal@egalawfirm.com  alapinski@egalawfirm.com

ANN E. SWARTZ
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com

MICHAEL A. CIBIK
    on behalf of Debtor Edward C. Tomaszewski  Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
    on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Edward C. Tomaszewski, Jr.  :  Chapter 13
Debtor

NO. 24-12260-amc

## CONSENT ORDER REGARDING TOLLING OF FRAUDULENT TRANSFER CLAIM

Whereas, on or about June 10, 2024 Edward C. Tomaszewski, Jr (the "Debtor") transferred $219,169.41 to his daughter, Sandra Tomaszewski for no consideration;

Whereas, the Debtor filed a Chapter 13 Bankruptcy three weeks after the transfer of the said money; and

Whereas, the Debtor was cash flow insolvent and unable to pay his bills at the time of the transfer; and

Whereas, the Trustee may have a fraudulent transfer claim against the Debtor and Sandra Tomaszewski under both the Bankruptcy Code and Pennsylvania law;

The undersigned parties/counsel agree on this date, August 15, 2024 to the following:

1. That statute of limitations on any Bankruptcy Code or Pennsylvania fraudulent transfer claim against the Debtor and Ms. Tomaszewski shall be tolled from the date of filing of this case until this case is closed or the Debtor obtains a bankruptcy discharge, whichever comes first.

2. The terms of this Consent Order shall supersede any conflicting terms of any future confirmed Chapter 13 Plan.

3. The parties hereto request the Court enter this agreement as a Consent Order.

1

CIBIK LAW, P.C.

By: _____
Attorney for Debtor

By: _____
Edward C. Tomaszewski, Jr.
Debtor

By: _Sandra C. Tomaszewski_
Sandra Tomaszewski

Office of Standing Chapter 13 Trustee

By: _____
Ann E. Swartz, Esquire
2901 St. Lawrence Ave., Ste 100
Reading, PA 19606
(610) 779-1313 (Phone)
(610) 779-3637 fax
**Counsel for Chapter 13 Trustee**

IT IS SO ORDERED:

Dated: Sept. 5, 2024

_____
Ashely M. Chan,
Chief United States Bankruptcy Court

2