

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA MUNICIPAL COURT-TRAFFIC DIVISION
800 SPRING GARDEN STREET
PHILADELPHIA, PA 19123-2690
(215) 686-1570

JOFFIE C. PITTMAN, III
ADMINISTRATIVE JUDGE

September 10, 2024

Michael A. Cibik, Esquire
1500 Walnut Street, Suite 900
Philadelphia, PA  19102

      Re:  See Attached List of Debtors
           Chapter 13 and Chapter 7

Dear Mr. Cibik:

    This court has received Notices of Discharge and Dismissal from the Bankruptcy Court relative to the Chapter 7 and Chapter 13 matters that are referenced on the attached list.

    An initial search of our records indicated that there were no outstanding citations charged to the above-mentioned debtor. In an effort to protect the rights of the debtor, we would have required more information to further research the case.

    If you have intentions of filing a new petition in Bankruptcy kindly provide us with the following information.

    1.  Prior addresses (in or out-of-state)
    2.  Date of birth for the petitioner(s)
    3.  Driver's license number for the petitioner(s)
    4.  Citation number(s)

    Please be advised that the Municipal Court, Traffic Division, has no jurisdiction over parking violations.

    Thank you for your attention.

                                Sincerely,

                                Joffie C. Pittman, III
                                ADMINISTRATIVE JUDGE

JCP/mm
cc: Bankruptcy Court

## (26) ATTACHMENT: CIBIK, September 10, 2024, Bankruptcy Proceedings

| DEBTOR NAME | CHP | CASE NUMBER | FILED | | |
|---|---|---|---|---|---|
| Tennessee, Marisa Elizabeth | 13 | 24-10580-amc | 2/22/2024 | Dismissed | 8/16/2024 |
| Robinson, Simona S. | 13 | 22-13307-pmm | 12/8/2022 | Dismissed | 8/8/2024 |
| Henderson, Jamar Leroy | 13 | 24-12261-pmm | 7/1/2024 | Dismissed | 8/7/2024 |
| Evans, Hattie M. | 13 | 21-12373-amc | 8/30/2021 | Dismissed | 8/2/2024 |
| Little, Chantay N. | 13 | 24-10976-amc | 3/22/2024 | Dismissed | 8/2/2024 |
| Foster, Rafhia Rose | 13 | 22-11025-amc | 4/21/2022 | Dismissed | 7/18/2024 |
| Jones, Steven L. | 13 | 23-12497-amc | 8/22/2023 | Dismissed | 7/18/2024 |
| Manfra, Rochelle A. | 13 | 24-10372-amc | 2/5/2024 | Dismissed | 7/18/2024 |
| Webster, Terrance Maurice | 13 | 23-13269-amc | 10/30/2023 | Dismissed | 7/16/2024 |
| Townes, Patricia | 13 | 24-10682-pmm | 2/29/2024 | Dismissed | 7/11/2024 |
| Rivera, Mikole | 13 | 19-17263-pmm | 11/19/2019 | Dismissed | 7/11/2024 |
| Chau, Trinh T. | 13 | 20-12638-pmm | 6/15/2020 | Dismissed | 7/11/2024 |
| Gratz, Douglas V. | 13 | 24-10376-pmm | 2/5/2024 | Dismissed | 7/10/2024 |
| Hon, Andrew H. | 13 | 23-12550-amc | 8/28/2023 | Dismissed | 6/26/2024 |
| McKelvy, Robert A. | 13 | 23-11149-pmm | 4/20/2023 | Dismissed | 6/11/2024 |
| Sweeney, Susan Michele | 7 | 24-10280-pmm | 1/30/2024 | Discharged | 8/9/2024 |
| Wells, Tommir Allen | 7 | 24-11458-amc | 4/30/2024 | Discharged | 8/8/2024 |
| Marino, Gabriele Sante | 7 | 24-10369-amc | 2/5/2024 | Discharged | 8/2/2024 |
| Frasier, Krista Dianna | 7 | 24-11204-amc | 4/9/2024 | Discharged | 7/18/2024 |
| Daniel, Ian Asquith Ricardo | 7 | 24-11196-amc | 4/9/2024 | Discharged | 7/18/2024 |
| Urban, Franco John | 7 | 24-11018-amc | 3/26/2024 | Discharged | 7/18/2024 |
| Urban, Christopher Paul | 7 | 24-11015-pmm | 3/26/2024 | Discharged | 7/18/2024 |
| Workman, Alonzo & Darlene | 7 | 22-12357-pmm | 9/7/2022 | Discharged | 7/15/2024 |
| Kuru, Ahmet Akin | 7 | 24-10954-amc | 3/21/2024 | Discharged | 7/11/2024 |
| Munoz, Diosquelmy Margarita-- -------- Rondon 1st Notice | 7 | 24-10707-pmm | 3/1/2024 | Discharged | 6/13/2024 |
| Williams, Takyi B. | 7 | 24-10684-amc | 2/29/2024 | Discharged | 6/13/2024 |
| Bruzzese, Brooke Taylor | 7 | 23-12553-amc | 8/28/2024 | Closed w/o Discharge | 7/3/2024 |