United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-12260-amc |
| Edward C. Tomaszewski, Jr | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 16, 2024 | Form ID: pdf900 | Total Noticed: 6 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Edward C. Tomaszewski, Jr, 2724 E Allegheny Ave, Philadelphia, PA 19134-5916 |
| nof | + | Sandra Tomaszewski, 2724 E. Allegheny Avenue, Philadelphia, PA 19134-5916 |
| cr | + | US Bank Trust National Association, Not In Its Ind, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| cr | + | William Penn Bank, 2900 Comly Road, Philadelphia, PA 19154-2107 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Sep 17 2024 00:04:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 17 2024 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2024                    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2024 at the address(es) listed below:

**Name                                Email Address**

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 16, 2024 | Form ID: pdf900 | Total Noticed: 6 |

**AMAR A AGRAWAL**
on behalf of Creditor William Penn Bank aagrawal@egalawfirm.com  alapinski@egalawfirm.com

**ANN E. SWARTZ**
on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com  ecfmail@ecf.courtdrive.com

**MICHAEL A. CIBIK**
on behalf of Debtor Edward C. Tomaszewski  Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

**SCOTT F. WATERMAN [Chapter 13]**
ECFMail@ReadingCh13.com

**STEVEN K. EISENBERG**
on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

**United States Trustee**
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

Case 24-12260-amc   Doc 46   Filed 09/18/24   Entered 09/19/24 00:35:54   Desc Imaged
Certificate of Notice   Page 2 of 3
District/off: 0313-2   User: admin   Page 2 of 2
Date Rcvd: Sep 16, 2024   Form ID: pdf900   Total Noticed: 6

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Edward C. Tomaszewski, Jr. : Chapter 13

Debtor : Bankruptcy No. 24-12260-amc

### CONSENT ORDER

*AND NOW,* this 15th day of August, 2024 upon agreement of the parties in lieu of the Chapter 13 Standing Trustee's filing a motion to dismiss with prejudice, it is

*ORDERED,* that because this is the Debtor's third Chapter 13 bankruptcy filing since 2019, if this case is dismissed for any reason Debtor shall be prohibited from filing, individually or jointly, any subsequent bankruptcy within one (1) year without further leave of court from date of dismissal order of case. And it is further

*ORDERED,* that this Consent Order shall be effective without any further reference to its terms in any subsequent dismissal of this case, regardless of the circumstances of the dismissal, the identity of the party moving for the dismissal, or the express terms of the order dismissing the case. The dismissal of the case, in and of itself, shall be sufficient to effectuate this Consent Order and the barring of the Debtor from further filings in accordance with its terms.

Date: August 15, 2024

Scott F. Waterman, Esquire
Chapter 13 Standing Trustee

Date: 8/23/2024

Attorney for Debtor

Date: 8/22/2024

Debtor

**BY THE COURT:**

Date: Sept. 16, 2024

HON. ASHELY M. CHAN
**CHIEF BANKRUPTCY JUDGE**