### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | Proceedings in Chapter 13 |
| | Case No. 24-12260 |
| **Edward C. Tomaszewski** | Honorable Judge Ashley M. Chan |
| **Debtor.** | |

### STIPULATION PERMITTING LATE FILING OF PROOF OF CLAIM

THIS MATTER having been brought before the Court upon agreement by Amar A. Agrawal, Esquire, attorney for William Penn Bank, successor in interest to Washington Savings Bank ("WPB") and the Debtors through their counsel, Michael I. Assad, Esquire and E.J. Gruber, Esquire, and the parties having resolved said matter as hereinafter set forth the parties hereby stipulate;

**IT IS HEREBY STIPULATED:**

1. That the Debtor filed a Chapter 13 Bankruptcy Petition on July 1, 2024.

2. That WPB is a secured Creditor of the Debtors in relation to several mortgage loans taken out by the Debtor.

3. That the deadline for filing claims in the instant case was September 9, 2024.

4. That WPB shall be permitted to file a late Proofs Of Claims in connection with the Debtor's loans with WPB by no later than November 15, 2024.

5. That the Debtors reserve the right to object to any Proof Of Claim filed by WPB.

6. That the parties agree that a facsimile signature shall be considered an original signature.

2

We hereby agree to the form and entry of this Stipulation:

/s/ E.J. Gruber
E.J. Gruber, Esquire
Attorney for the Debtor

/s/ Amar A. Agrawal
Amar A. Agrawal, Esquire
Attorney for William Penn Bank

2