UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Edward C. Tomaszewski,<br><br><br>    Debtor. | Chapter 13<br>Bankruptcy No. 24-12260-AMC |

## Certificate of Service

I certify that on this date, I did cause a copy of the document described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

- First Amended Chapter 13 Plan

I further certify that on this date, I did cause a copy of the document described above to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the following party:

Water Revenue Bureau
c/o City of Philadelphia Law Department
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Date: December 9, 2024

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com