**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | TOMASZEWSKI EDWARD C JR |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Eastern District of Pennsylvania |
| Case number | 24-12260 |

## Official Form 410

# Proof of Claim

04/19

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309)** that you received.

---

### Part 1:  Identify the Claim

**1. Who is the current creditor?**

City of Philadelphia / School District of Philadelphia
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

City of Philadelphia Law Dept - Tax Unit
Name

1401 JFK Blvd, 5th Floor
Number        Street

Philadelphia              PA          19102
City                    State        ZIP Code

Contact phone  215-686-0503

Contact email  Megan.Harper@phila.gov

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**Where should payments to the creditor be sent?** (if different)

Name

Number        Street

City                    State        ZIP Code

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____   Filed on _____
                                                    MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

---

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No

☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 8  6  0  3

**7. How much is the claim?** $_____241,948.31___ . **Does this amount include interest or other charges?**

Plus Unliquidated Claims

☐ No

☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Municipal Claim

**9. Is all or part of the claim secured?**

☐ No

☑ Yes. The claim is secured by a lien on property.

**Nature of property:**

☑ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe:  11035 Knights Rd., 2724 E. Allegheny Ave., 2726 E. Allegher

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $  2,721,500.00

**Amount of the claim that is secured:** $  34,493.94

**Amount of the claim that is unsecured:** $_____.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $  34,493.94

**Annual Interest Rate [Real Estate]**(when case was filed)  9.00 %

**Annual Interest Rate [Judgments]**(when case was filed)  6.00 %

☑ Fixed

☐ Variable

**10. Is this claim based on a lease?**

☑ No

☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____.00

**11. Is this claim subject to a right of setoff?**

☑ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☐ No

☑ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____0.00 |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____0.00 |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____0.00 Plus Unliquidated |
| ☑ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $___173,836.65 |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____0.00 |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(___) that applies. | $_____0.00 |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:    Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date   11/06/2024
                   MM / DD / YYYY

/s/  Megan N. Harper
Signature

**Print the name of the person who is completing and signing this claim:**

Name        Megan Harper
            First name          Middle name          Last name

Title       Senior Attorney

Company     City of Philadelphia Law Tax & Revenue Unit
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     1401 JFK Blvd, 5th Floor
            Number     Street

            Philadelphia                    PA        19102
            City                            State     ZIP Code

Contact phone   (215) 686-0503            Email   Megan.Harper@phila.gov

Debtor: TOMASZEWSKI EDWARD C JR

**City of Philadelphia**
**Pre-Petition Itemized Statement**

Bankruptcy: 24-12260

Filing date: 01-Jul-2024

Interest and Penalties as of: 01-Jul-2024

## Claim Type: Secured

CE -15-03-32-0347- L&I- 2728 E. Allegheny Ave.

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 13-Jul-2015 | $0.00 | $0.00 | $0.00 | $0.00 | $2,000.00 | $2,000.00 | |
| | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$2,000.00** | **$2,000.00** | |

Agency Receivables - OPA # 662218830,  Address - 11035 KNIGHTS RD

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 18-Jun-2018 | $1,324.51 | $317.76 | $0.00 | $0.00 | $0.00 | $1,642.27 | |
| | **$1,324.51** | **$317.76** | **$0.00** | **$0.00** | **$0.00** | **$1,642.27** | |

Real Estate Tax - OPA # 251144700,  Address - 2724 E ALLEGHENY AVE

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 31-Dec-2023 | $1,738.55 | $13.04 | $17.39 | $106.45 | $0.00 | $1,875.43 | |
| 31-Dec-2024 | $1,738.55 | $26.08 | $0.00 | $0.00 | $0.00 | $1,764.63 | |
| | **$3,477.10** | **$39.12** | **$17.39** | **$106.45** | **$0.00** | **$3,640.06** | |

Debtor: TOMASZEWSKI EDWARD C JR

**City of Philadelphia**
**Pre-Petition Itemized Statement**

Bankruptcy: 24-12260
Filing date: 01-Jul-2024

Interest and Penalties as of: 01-Jul-2024

### Claim Type: Secured

Real Estate Tax - OPA # 885320880,  Address - 2726 E ALLEGHENY AVE

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 31-Dec-2017 | $77.29 | $33.64 | $5.39 | $0.00 | $0.00 | $116.32 | |
| 31-Dec-2018 | $170.68 | $58.88 | $11.90 | $91.45 | $0.00 | $332.91 | |
| 31-Dec-2019 | $1,949.46 | $497.08 | $136.43 | $91.45 | $0.00 | $2,674.42 | |
| 31-Dec-2020 | $1,873.17 | $309.10 | $131.11 | $91.45 | $0.00 | $2,404.83 | |
| 31-Dec-2021 | $1,949.46 | $146.20 | $136.43 | $91.45 | $0.00 | $2,323.54 | |
| 31-Dec-2022 | $1,949.46 | $14.62 | $0.00 | $91.45 | $0.00 | $2,055.53 | |
| 31-Dec-2023 | $8,445.00 | $63.34 | $84.45 | $106.45 | $0.00 | $8,699.24 | |
| 31-Dec-2024 | $8,445.00 | $126.68 | $0.00 | $0.00 | $0.00 | $8,571.68 | |
| | **$24,859.52** | **$1,249.54** | **$505.71** | **$563.70** | **$0.00** | **$27,178.47** | |

Debtor: TOMASZEWSKI EDWARD C JR

**City of Philadelphia**
**Pre-Petition Itemized Statement**

Bankruptcy: 24-12260

Interest and Penalties as of: 01-Jul-2024

Filing date: 01-Jul-2024

## Claim Type: Secured

Commercial Trash Fees - OPA # 871569970,  Address - 2637 E ALLEGHENY AVE

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 31-Dec-2018 | $0.00 | $0.00 | $0.00 | $16.62 | $0.00 | $16.62 | |
| 30-Jun-2022 | $0.00 | $0.00 | $16.52 | $0.00 | $0.00 | $16.52 | |
| | **$0.00** | **$0.00** | **$16.52** | **$16.62** | **$0.00** | **$33.14** | |

Subtotal: **$34,493.94**

Debtor: TOMASZEWSKI EDWARD C JR

**City of Philadelphia**
**Pre-Petition Itemized Statement**

Bankruptcy: 24-12260

Filing date: 01-Jul-2024

Interest and Penalties as of: 01-Jul-2024

## Claim Type: Priority

Use and Occupancy Landlord Tax - Account # 1914

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 31-Dec-2014 | $838.00 | $395.67 | $984.67 | $0.00 | $0.00 | $2,218.34 | |
| 31-Jan-2015 | $838.00 | $388.70 | $963.71 | $0.00 | $0.00 | $2,190.41 | |
| 28-Feb-2015 | $838.00 | $388.70 | $963.72 | $0.00 | $0.00 | $2,190.42 | |
| 31-Mar-2015 | $838.00 | $385.21 | $953.24 | $0.00 | $0.00 | $2,176.45 | |
| 30-Apr-2015 | $838.00 | $381.73 | $942.77 | $0.00 | $0.00 | $2,162.50 | |
| 31-May-2015 | $838.00 | $378.24 | $932.29 | $0.00 | $0.00 | $2,148.53 | |
| 30-Jun-2015 | $838.00 | $374.75 | $921.82 | $0.00 | $0.00 | $2,134.57 | |
| 31-Jul-2015 | $909.00 | $402.73 | $988.53 | $0.00 | $0.00 | $2,300.26 | |
| 31-Aug-2015 | $909.00 | $398.95 | $977.17 | $0.00 | $0.00 | $2,285.12 | |
| 30-Sep-2015 | $909.00 | $395.17 | $965.81 | $0.00 | $0.00 | $2,269.98 | |
| 31-Oct-2015 | $909.00 | $391.39 | $954.44 | $0.00 | $0.00 | $2,254.83 | |
| 30-Nov-2015 | $909.00 | $387.60 | $943.08 | $0.00 | $0.00 | $2,239.68 | |
| 31-Dec-2015 | $909.00 | $383.82 | $931.72 | $0.00 | $0.00 | $2,224.54 | |
| 31-Jan-2016 | $909.00 | $380.04 | $920.36 | $0.00 | $0.00 | $2,209.40 | |
| 29-Feb-2016 | $909.00 | $375.50 | $908.99 | $0.00 | $0.00 | $2,193.49 | |
| 31-Mar-2016 | $909.00 | $370.95 | $897.63 | $0.00 | $0.00 | $2,177.58 | |
| 30-Apr-2016 | $909.00 | $366.41 | $886.27 | $0.00 | $0.00 | $2,161.68 | |

Debtor: TOMASZEWSKI EDWARD C JR

**City of Philadelphia**
**Pre-Petition Itemized Statement**

Bankruptcy: 24-12260

Filing date: 01-Jul-2024

Interest and Penalties as of: 01-Jul-2024

## Claim Type: Priority

| | | | | | | |
|---|---|---|---|---|---|---|
| 31-May-2016 | $909.00 | $361.86 | $874.91 | $0.00 | $0.00 | $2,145.77 |
| 30-Jun-2016 | $909.00 | $357.32 | $863.54 | $0.00 | $0.00 | $2,129.86 |
| 31-Jul-2016 | $909.00 | $352.77 | $852.18 | $0.00 | $0.00 | $2,113.95 |
| 31-Aug-2016 | $909.00 | $348.23 | $840.82 | $0.00 | $0.00 | $2,098.05 |
| 30-Sep-2016 | $909.00 | $343.68 | $829.46 | $0.00 | $0.00 | $2,082.14 |
| 31-Oct-2016 | $909.00 | $339.14 | $818.09 | $0.00 | $0.00 | $2,066.23 |
| 30-Nov-2016 | $909.00 | $334.59 | $806.73 | $0.00 | $0.00 | $2,050.32 |
| 31-Dec-2016 | $909.00 | $330.05 | $795.37 | $0.00 | $0.00 | $2,034.42 |
| 31-Jan-2017 | $909.00 | $325.50 | $784.01 | $0.00 | $0.00 | $2,018.51 |
| 28-Feb-2017 | $909.00 | $320.96 | $772.64 | $0.00 | $0.00 | $2,002.60 |
| 31-Mar-2017 | $909.00 | $316.41 | $761.28 | $0.00 | $0.00 | $1,986.69 |
| 30-Apr-2017 | $909.00 | $311.87 | $749.92 | $0.00 | $0.00 | $1,970.79 |
| 31-May-2017 | $909.00 | $307.32 | $738.56 | $0.00 | $0.00 | $1,954.88 |
| 30-Jun-2017 | $909.00 | $302.78 | $727.19 | $0.00 | $0.00 | $1,938.97 |
| 31-Jul-2017 | $985.00 | $323.17 | $775.68 | $0.00 | $0.00 | $2,083.85 |
| 31-Aug-2017 | $985.00 | $318.24 | $763.37 | $0.00 | $0.00 | $2,066.61 |
| 30-Sep-2017 | $985.00 | $313.32 | $751.06 | $0.00 | $0.00 | $2,049.38 |
| 31-Oct-2017 | $985.00 | $308.39 | $738.74 | $0.00 | $0.00 | $2,032.13 |
| 30-Nov-2017 | $985.00 | $303.47 | $726.43 | $0.00 | $0.00 | $2,014.90 |
| 31-Dec-2017 | $985.00 | $298.54 | $714.12 | $0.00 | $0.00 | $1,997.66 |

Debtor: TOMASZEWSKI EDWARD C JR

**City of Philadelphia**
**Pre-Petition Itemized Statement**

Bankruptcy: 24-12260

Filing date: 01-Jul-2024

Interest and Penalties as of: 01-Jul-2024

## Claim Type: Priority

| | | | | | |
|---|---|---|---|---|---|
| 31-Jan-2018 | $985.00 | $293.62 | $701.81 | $0.00 | $0.00 | $1,980.43 |
| 28-Feb-2018 | $985.00 | $288.69 | $689.49 | $0.00 | $0.00 | $1,963.18 |
| 31-Mar-2018 | $985.00 | $283.77 | $677.18 | $0.00 | $0.00 | $1,945.95 |
| 30-Apr-2018 | $985.00 | $278.84 | $664.87 | $0.00 | $0.00 | $1,928.71 |
| 31-May-2018 | $985.00 | $273.92 | $652.56 | $0.00 | $0.00 | $1,911.48 |
| 30-Jun-2018 | $985.00 | $268.99 | $640.24 | $0.00 | $0.00 | $1,894.23 |
| 31-Jul-2018 | $984.00 | $263.78 | $627.30 | $0.00 | $0.00 | $1,875.08 |
| 31-Aug-2018 | $984.00 | $258.86 | $615.00 | $0.00 | $0.00 | $1,857.86 |
| 30-Sep-2018 | $984.00 | $253.94 | $602.70 | $0.00 | $0.00 | $1,840.64 |
| 31-Oct-2018 | $984.00 | $249.02 | $590.40 | $0.00 | $0.00 | $1,823.42 |
| 30-Nov-2018 | $984.00 | $244.10 | $578.10 | $0.00 | $0.00 | $1,806.20 |
| 31-Dec-2018 | $984.00 | $239.18 | $565.80 | $0.00 | $0.00 | $1,788.98 |
| 31-Jan-2019 | $984.00 | $234.26 | $553.50 | $0.00 | $0.00 | $1,771.76 |
| 28-Feb-2019 | $984.00 | $227.71 | $541.20 | $0.00 | $0.00 | $1,752.91 |
| 31-Mar-2019 | $984.00 | $221.16 | $528.90 | $0.00 | $0.00 | $1,734.06 |
| 30-Apr-2019 | $984.00 | $214.60 | $516.60 | $0.00 | $0.00 | $1,715.20 |
| 31-May-2019 | $984.00 | $208.05 | $504.30 | $0.00 | $0.00 | $1,696.35 |
| 30-Jun-2019 | $984.00 | $201.50 | $492.00 | $0.00 | $0.00 | $1,677.50 |
| 31-Jul-2019 | $984.00 | $194.94 | $479.70 | $0.00 | $0.00 | $1,658.64 |
| 31-Aug-2019 | $984.00 | $188.39 | $467.40 | $0.00 | $0.00 | $1,639.79 |

Debtor: TOMASZEWSKI EDWARD C JR

*City of Philadelphia*
*Pre-Petition Itemized Statement*

Bankruptcy: 24-12260

Interest and Penalties as of: 01-Jul-2024

Filing date: 01-Jul-2024

## Claim Type: Priority

| | | | | | |
|---|---|---|---|---|---|
| 30-Sep-2019 | $984.00 | $181.83 | $455.10 | $0.00 | $0.00 | $1,620.93 |
| 31-Oct-2019 | $984.00 | $175.28 | $442.80 | $0.00 | $0.00 | $1,602.08 |
| 30-Nov-2019 | $984.00 | $168.71 | $430.50 | $0.00 | $0.00 | $1,583.21 |
| 31-Dec-2019 | $984.00 | $162.16 | $418.20 | $0.00 | $0.00 | $1,564.36 |
| 31-Jan-2020 | $984.00 | $155.61 | $405.90 | $0.00 | $0.00 | $1,545.51 |
| 29-Feb-2020 | $984.00 | $149.87 | $393.60 | $0.00 | $0.00 | $1,527.47 |
| 31-Mar-2020 | $984.00 | $144.13 | $381.30 | $0.00 | $0.00 | $1,509.43 |
| 30-Apr-2020 | $984.00 | $138.39 | $369.00 | $0.00 | $0.00 | $1,491.39 |
| 31-May-2020 | $984.00 | $132.65 | $356.70 | $0.00 | $0.00 | $1,473.35 |
| 30-Jun-2020 | $984.00 | $126.91 | $344.40 | $0.00 | $0.00 | $1,455.31 |
| 31-Jul-2020 | $984.00 | $121.17 | $332.10 | $0.00 | $0.00 | $1,437.27 |
| 31-Aug-2020 | $984.00 | $115.43 | $319.80 | $0.00 | $0.00 | $1,419.23 |
| 30-Sep-2020 | $984.00 | $109.69 | $307.50 | $0.00 | $0.00 | $1,401.19 |
| 31-Oct-2020 | $984.00 | $103.95 | $295.20 | $0.00 | $0.00 | $1,383.15 |
| 30-Nov-2020 | $984.00 | $98.21 | $282.90 | $0.00 | $0.00 | $1,365.11 |
| 31-Dec-2020 | $984.00 | $92.47 | $270.60 | $0.00 | $0.00 | $1,347.07 |
| 31-Jan-2021 | $984.00 | $86.73 | $258.30 | $0.00 | $0.00 | $1,329.03 |
| 28-Feb-2021 | $984.00 | $82.60 | $246.00 | $0.00 | $0.00 | $1,312.60 |
| 31-Mar-2021 | $984.00 | $78.47 | $233.70 | $0.00 | $0.00 | $1,296.17 |
| 30-Apr-2021 | $984.00 | $74.34 | $221.40 | $0.00 | $0.00 | $1,279.74 |

Debtor: TOMASZEWSKI EDWARD C JR

*City of Philadelphia*
*Pre-Petition Itemized Statement*

Bankruptcy: 24-12260

Interest and Penalties as of: 01-Jul-2024

Filing date: 01-Jul-2024

## Claim Type: Priority

| | | | | | |
|---|---|---|---|---|---|
| 31-May-2021 | $984.00 | $70.21 | $209.10 | $0.00 | $0.00 | $1,263.31 |
| 30-Jun-2021 | $984.00 | $66.08 | $196.80 | $0.00 | $0.00 | $1,246.88 |
| 31-Jul-2021 | $984.00 | $61.95 | $184.50 | $0.00 | $0.00 | $1,230.45 |
| 31-Aug-2021 | $984.00 | $57.82 | $172.20 | $0.00 | $0.00 | $1,214.02 |
| 30-Sep-2021 | $984.00 | $53.69 | $159.90 | $0.00 | $0.00 | $1,197.59 |
| 31-Oct-2021 | $984.00 | $49.56 | $147.60 | $0.00 | $0.00 | $1,181.16 |
| 30-Nov-2021 | $984.00 | $45.43 | $135.30 | $0.00 | $0.00 | $1,164.73 |
| 31-Dec-2021 | $984.00 | $41.30 | $123.00 | $0.00 | $0.00 | $1,148.30 |
| 31-Jan-2022 | $984.00 | $37.17 | $110.70 | $0.00 | $0.00 | $1,131.87 |
| 28-Feb-2022 | $984.00 | $33.04 | $98.40 | $0.00 | $0.00 | $1,115.44 |
| 31-Mar-2022 | $984.00 | $28.91 | $86.10 | $0.00 | $0.00 | $1,099.01 |
| 30-Apr-2022 | $984.00 | $24.78 | $73.80 | $0.00 | $0.00 | $1,082.58 |
| 31-May-2022 | $984.00 | $20.65 | $61.50 | $0.00 | $0.00 | $1,066.15 |
| 30-Jun-2022 | $984.00 | $16.52 | $49.20 | $0.00 | $0.00 | $1,049.72 |
| 31-Jul-2022 | $984.00 | $12.39 | $36.90 | $0.00 | $0.00 | $1,033.29 |
| 31-Aug-2022 | $984.00 | $8.26 | $24.60 | $0.00 | $0.00 | $1,016.86 |
| 30-Sep-2022 | $984.00 | $4.13 | $12.30 | $0.00 | $0.00 | $1,000.43 |
| 31-Oct-2022 | $984.00 | $0.00 | $0.00 | $0.00 | $0.00 | $984.00 |
| 30-Nov-2022 | $984.00 | $0.00 | $0.00 | $0.00 | $0.00 | $984.00 |
| 31-Dec-2022 | $984.00 | $0.00 | $0.00 | $0.00 | $0.00 | $984.00 |

Debtor: TOMASZEWSKI EDWARD C JR

*City of Philadelphia*
*Pre-Petition Itemized Statement*

Bankruptcy: 24-12260

Filing date: 01-Jul-2024

Interest and Penalties as of: 01-Jul-2024

## Claim Type: Priority

| | | | | | | |
|---|---|---|---|---|---|---|
| 31-Jan-2023 | $1,181.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,181.00 |
| 28-Feb-2023 | $1,181.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,181.00 |
| 31-Mar-2023 | $1,181.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,181.00 |
| 30-Apr-2023 | $1,181.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,181.00 |
| 31-May-2023 | $1,181.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,181.00 |
| | **$98,543.00** | **$21,080.98** | **$52,056.27** | **$0.00** | **$0.00** | **$171,680.25** |

Debtor: TOMASZEWSKI EDWARD C JR

***City of Philadelphia***
***Pre-Petition Itemized Statement***

Bankruptcy: 24-12260

Filing date: 01-Jul-2024

Interest and Penalties as of: 01-Jul-2024

## Claim Type: Priority

Use and Occupancy Landlord Tax - Account # 4682

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 31-Dec-2009 | $259.00 | $261.06 | $537.43 | $0.00 | $0.00 | $1,057.49 | |
| 31-Dec-2014 | $5.00 | $2.36 | $5.87 | $0.00 | $0.00 | $13.23 | |
| 31-Jan-2015 | $5.00 | $2.32 | $5.75 | $0.00 | $0.00 | $13.07 | |
| 28-Feb-2015 | $5.00 | $2.32 | $5.74 | $0.00 | $0.00 | $13.06 | |
| 31-Mar-2015 | $5.00 | $2.30 | $5.68 | $0.00 | $0.00 | $12.98 | |
| 30-Apr-2015 | $5.00 | $2.27 | $5.62 | $0.00 | $0.00 | $12.89 | |
| 31-May-2015 | $5.00 | $2.25 | $5.56 | $0.00 | $0.00 | $12.81 | |
| 30-Jun-2015 | $5.00 | $2.23 | $5.49 | $0.00 | $0.00 | $12.72 | |
| 31-Jul-2015 | $18.00 | $7.99 | $19.56 | $0.00 | $0.00 | $45.55 | |
| 31-Aug-2015 | $18.00 | $7.91 | $19.34 | $0.00 | $0.00 | $45.25 | |
| 30-Sep-2015 | $18.00 | $7.84 | $19.11 | $0.00 | $0.00 | $44.95 | |
| 31-Oct-2015 | $18.00 | $7.76 | $18.89 | $0.00 | $0.00 | $44.65 | |
| 30-Nov-2015 | $18.00 | $7.69 | $18.66 | $0.00 | $0.00 | $44.35 | |
| 31-Dec-2015 | $18.00 | $7.61 | $18.44 | $0.00 | $0.00 | $44.05 | |
| 31-Jan-2016 | $18.00 | $7.54 | $18.21 | $0.00 | $0.00 | $43.75 | |
| 29-Feb-2016 | $18.00 | $7.45 | $17.99 | $0.00 | $0.00 | $43.44 | |
| 31-Mar-2016 | $18.00 | $7.36 | $17.76 | $0.00 | $0.00 | $43.12 | |

Debtor: TOMASZEWSKI EDWARD C JR

***City of Philadelphia***
***Pre-Petition Itemized Statement***

Bankruptcy: 24-12260

Interest and Penalties as of: 01-Jul-2024

Filing date: 01-Jul-2024

## Claim Type: Priority

| | | | | | | |
|---|---|---|---|---|---|---|
| 30-Apr-2016 | $18.00 | $7.27 | $17.54 | $0.00 | $0.00 | $42.81 |
| 31-May-2016 | $18.00 | $7.18 | $17.31 | $0.00 | $0.00 | $42.49 |
| 30-Jun-2016 | $18.00 | $7.09 | $17.09 | $0.00 | $0.00 | $42.18 |
| 31-Jul-2016 | $18.00 | $7.00 | $16.86 | $0.00 | $0.00 | $41.86 |
| 31-Aug-2016 | $18.00 | $6.91 | $16.64 | $0.00 | $0.00 | $41.55 |
| 30-Sep-2016 | $18.00 | $6.82 | $16.41 | $0.00 | $0.00 | $41.23 |
| 31-Oct-2016 | $18.00 | $6.73 | $16.19 | $0.00 | $0.00 | $40.92 |
| 30-Nov-2016 | $18.00 | $6.64 | $15.96 | $0.00 | $0.00 | $40.60 |
| 31-Dec-2016 | $18.00 | $6.55 | $15.74 | $0.00 | $0.00 | $40.29 |
| 31-Jan-2017 | $18.00 | $6.46 | $15.51 | $0.00 | $0.00 | $39.97 |
| 28-Feb-2017 | $18.00 | $6.37 | $15.29 | $0.00 | $0.00 | $39.66 |
| 31-Mar-2017 | $18.00 | $6.28 | $15.06 | $0.00 | $0.00 | $39.34 |
| 30-Apr-2017 | $18.00 | $6.19 | $14.84 | $0.00 | $0.00 | $39.03 |
| 31-May-2017 | $18.00 | $6.10 | $14.61 | $0.00 | $0.00 | $38.71 |
| 30-Jun-2017 | $18.00 | $6.01 | $14.39 | $0.00 | $0.00 | $38.40 |
| | **$726.00** | **$445.86** | **$984.54** | **$0.00** | **$0.00** | **$2,156.40** |
| | | | | | Subtotal: | **$173,836.65** |

Debtor: TOMASZEWSKI EDWARD C JR

**City of Philadelphia**
**Pre-Petition Itemized Statement**

Bankruptcy: 24-12260

Filing date: 01-Jul-2024

Interest and Penalties as of: 01-Jul-2024

## Claim Type: General Unsecured

Business Income and Receipts Tax - Account # 4799

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 31-Dec-2015 | $1,900.00 | $749.89 | $1,827.46 | $0.00 | $0.00 | $4,477.35 | |
| 31-Dec-2016 | $2,280.00 | $877.11 | $2,109.00 | $0.00 | $0.00 | $5,266.11 | |
| 31-Dec-2017 | $2,737.00 | $888.65 | $2,121.03 | $0.00 | $0.00 | $5,746.68 | |
| 31-Dec-2018 | $3,283.00 | $866.31 | $2,052.08 | $0.00 | $0.00 | $6,201.39 | |
| 31-Dec-2019 | $3,283.00 | $688.46 | $1,641.53 | $0.00 | $0.00 | $5,612.99 | |
| | **$13,483.00** | **$4,070.42** | **$9,751.10** | **$0.00** | **$0.00** | **$27,304.52** | |

Net Profits Tax - Account # 2031

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 31-Dec-2014 | $416.00 | $186.03 | $457.60 | $0.00 | $0.00 | $1,059.63 | |
| 31-Dec-2017 | $899.00 | $246.98 | $584.38 | $0.00 | $0.00 | $1,730.36 | |
| 31-Dec-2018 | $1,193.00 | $250.17 | $596.48 | $0.00 | $0.00 | $2,039.65 | |
| | **$2,508.00** | **$683.18** | **$1,638.46** | **$0.00** | **$0.00** | **$4,829.64** | |

Debtor: TOMASZEWSKI EDWARD C JR

**City of Philadelphia**
**Pre-Petition Itemized Statement**

Bankruptcy: 24-12260

Interest and Penalties as of: 01-Jul-2024

Filing date: 01-Jul-2024

## Claim Type: General Unsecured

School Income Tax - Account # 1551

| Filing Period | Tax | Interest | Penalty | Other | Jdmt Amt | Balance | Comments |
|---|---|---|---|---|---|---|---|
| 31-Dec-2017 | $750.00 | $206.01 | $487.55 | $0.00 | $0.00 | $1,443.56 | |
| 31-Dec-2018 | $0.00 | $0.00 | $0.00 | $40.00 | $0.00 | $40.00 | |
| | **$750.00** | **$206.01** | **$487.55** | **$40.00** | **$0.00** | **$1,483.56** | |
| | | | | | Subtotal: | **$33,617.72** | |
| | | | | | Total Claim: | **$241,948.31** | |

Debtor: TOMASZEWSKI EDWARD C JR        *Nonfiler Schedule*        Bankruptcy: 24-12260
Filing date: 01-Jul-2024

## Unliquidated Claim

### Business Income and Receipts Tax - Account #4799

**Filing Period**

31-Dec-2019

31-Dec-2020

31-Dec-2021

31-Dec-2022

31-Dec-2023

## Unliquidated Claim

### Net Profits Tax - Account #2031

**Filing Period**

31-Dec-2019

31-Dec-2020

31-Dec-2021

31-Dec-2022

31-Dec-2023

## Unliquidated Claim

### School Income Tax - Account #1551

**Filing Period**

31-Dec-2017

31-Dec-2018

31-Dec-2019

31-Dec-2020

31-Dec-2021

31-Dec-2022

31-Dec-2023

Debtor: TOMASZEWSKI EDWARD C JR

*Nonfiler Schedule*

Bankruptcy: 24-12260
Filing date: 01-Jul-2024

## Unliquidated Claim

### Use and Occupancy Landlord Tax - Account #1914

**Filing Period**

30-Jun-2023

31-Jul-2023

31-Aug-2023

30-Sep-2023

31-Oct-2023

30-Nov-2023

31-Dec-2023

31-Jan-2024

29-Feb-2024

31-Mar-2024

30-Apr-2024

31-May-2024

30-Jun-2024

Debtor: TOMASZEWSKI EDWARD C JR                  Philadelphia Real Estate           Bankruptcy: 24-12260
                                                                                    Filing date: 01-Jul-2024

| Address | Valuation |
|---|---|
| 11035 KNIGHTS RD | $646,200.00 |
| 2724 E ALLEGHENY AVE | $209,900.00 |
| 2726 E ALLEGHENY AVE | $618,400.00 |
| 2728-30 E ALLEGHENY AVE | $1,247,000.00 |
| | **$2,721,500.00** |
| Total Valuation: | 2,721,500.00 |



# PHILADELPHIA MUNICIPAL COURT
## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge     Patricia R. McDermott, Deputy Court Administrator

## CODE ENFORCEMENT COMPLAINT

\# CE-15-03-32-0347

| | |
|---|---|
| City of Philadelphia: Department of Licenses and Inspections 1401 JFK Blvd., 11th Floor Code Enforcement Unit Philadelphia, PA 19102 | TOMASZEWSKI EDWARD C INC, EDWARD C TOMASZEWSKI JR (continued...) |
| *Plaintiff* | *Defendants(s)* |
| NON HAZARDOUS   L    458718 | |

The within-named defendant(s) is (are) in violation of the code(s) or ordinance(s) of the City of Philadelphia or statute(s) of Commonwealth of Pennsylvania as listed below. Request is made for imposition of penalties or fines as provided by law.

### DESCRIPTION OR NATURE OF VIOLATION

Violation Premises: 02728 E ALLEGHENY AVE 0000000

| | |
|---|---|
| A-000.0/10 | Note: The Inspection of this property was conducted for the purpose of determining conformity with the fire prevention code and specific sections of the property maintenance code only.  The results of this inspection do not relieve the owner or responsible party from full compliance with other provisions of the Philadelphia code, including all zoning, building and licensing requirements. @SUBJECT PROPERTY |
| FC-1006.3/2 | The emergency lighting must be repaired and made operative. |
| FC-907.4/4 | Each manual fire alarm box (manual pull stations) shall have a sign mounted immediately adjacent to the box that reads:  "IN CASE OF FIRE SOUND ALARM AND CALL 911" or "IN CASE OF FIRE: SOUND ALARM AND CALL THE FIRE DEPARTMENT".  (See F-907.4.4) @SIDE ENTRANCE ON SALMON STREET |
| FC-915.1/3 | Annual test records and certifications of all fire alarm systems shall be kept on site for a period of three years. A copy of this |
| (continued...) | |

### Summons to the Defendant

**You are hereby ordered to appear at a Hearing scheduled as follows:**

### Citation al Demandado

**Por la presenta, Usted esta dirijido a presentarse A la siguiente:**

1339 Chestnut Street 6th Floor
Philadelphia, PA 19107
Hearing Room: 4

May 29th, 2015
09:00 AM

**WHEREFORE,** the City of Philadelphia requests this Court enter a fine jointly and severally against each defendant in the Judgment amount and court costs will be determined at time of hearing.

| | |
|---|---|
| **Amount Due** | $ |
| **Court Costs** | $ _____ |
| **TOTAL CLAIMED** | $ |
| Date Filed: 03/18/2015 | |

I am a plaintiff in this code enforcement action.  I hereby verify that I am authorized to make this verification and that the facts set forth above are true and correct to the best of my knowledge, information and belief.  I understand that this verification is made subject to the penalties set forth in 18 Pa. C.S. § 4904, which concerns the making of unsworn falsifications to authorities.

**City of Philadelphia: Department of Licenses and Inspections**

_____
Signature Plaintiff/Attorney
Attorney # _____

Address & Phone

1401 JFK Blvd., 11th Floor Code Enforcement Unit
Philadelphia, PA 19102
Contact: C. Y. Henry, Manager 215-686-1441 or 215-686-1442

CHIEF REVENUE COUNSEL —     FRANK PAIVA

**NOTICE TO THE DEFENDANT, YOU HAVE BEEN SUED IN COURT. PLEASE SEE ATTACHED NOTICES.**

**AVISO AL DEMANDADO HAN DEMANDADO EN CORTE. VEA POR FAVOR LOS AVISOS ASOCIADOS.**

To resolve this matter without appearing in court, contact the attorney shown above immediately.
All corporations (Plaintiff and Defendant) must be represented by an attorney.

# PHILADELPHIA MUNICIPAL COURT

## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H. Neifield, President Judge          Patricia R. McDermott, Deputy Court Administrator

## CODE ENFORCEMENT COMPLAINT

# CE-15-03-32-0347

| | |
|---|---|
| City of Philadelphia: Department of Licenses and Inspections<br>1401 JFK Blvd., 11th Floor Code Enforcement Unit<br>Philadelphia, PA 19102 | TOMASZEWSKI EDWARD C INC, EDWARD C TOMASZEWSKI JR<br>(continued...) |
| *Plaintiff* | *Defendant(s)* |

NON HAZARDOUS    L    458718

The within-named defendant(s) is (are) in violation of the code (s) or ordinance(s) of the City of Philadelphia or statute(s) of Commonwealth of Pennsylvania as listed below.  Request is made for imposition of penalties or fines as provided by law.

## DESCRIPTION OF NATURE OF VIOLATION

|  |  |
|---|---|
| | certification must be submitted in approved form to the inspector listed in this Notice of Violation. |
| PM-304.8/1 | Every window, door and frame must be kept in sound condition, good repair, weather tight and free of broken glazing. (See PM-304.8) WINDOW IS NOT FUNCTIONAL. REPAIR & OR REPLACE WINDOW @LEVEL 3 APT. D LIVING ROOM |
| PM-406.4/3 | The defective kitchen stove must be repaired or replaced. (See PM-406.4)  @3RD FLOOR APT. D |

# PHILADELPHIA MUNICIPAL COURT

## FIRST JUDICIAL DISTRICT OF PENNSYLVANIA

1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H.  Neifield, President Judge          Patricia R. McDermott, Deputy Court Administrator

## CODE ENFORCEMENT COMPLAINT

# CE-15-03-32-0347

TOMASZEWSKI EDWARD C INC
AKA/DBA: TOMASZEWSKI EDWARD C INC
02728 E ALLEGHENY AVE
PHILADELPHIA, PA 19134

EDWARD C TOMASZEWSKI JR
11035 KNIGHTS RD
PHILADELPHIA, PA 19154

*Plaintiff(s)*

*Defendant(s)*



## PHILADELPHIA MUNICIPAL COURT
### FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

Marsha H.  Neifield, President Judge          Patricia R. McDermott, Deputy Court Administrator

**# CE-15-03-32-0347**

| | |
|---|---|
| City of Philadelphia: Department of Licenses and Inspections<br>1401 JFK Blvd., 11th Floor Code Enforcement Unit<br>Philadelphia, PA 19102 | EDWARD C TOMASZEWSKI JR<br>11035 KNIGHTS RD<br>PHILADELPHIA, PA 19154 |
| *Plaintiff* | *Defendant(s)* |

City of Philadelphia: Department of Licenses and Inspections
_____

**Plaintiff/Attorney**

**Attorney # _____**

**Address & Phone**  1401 JFK Blvd., 11th Floor Code Enforcement Unit
Philadelphia, PA 19102
Contact: C. Y. Henry, Manager 215-686-1441 or 215-686-1442

# O R D E R

**AND NOW,** to wit this _____13th_____ day of _____July_____, ____2015____, upon consideration of the above captioned complaint, it is hereby ordered and decreed that the above captioned case be marked as follows:

Judgment for Plaintiff by Default. Judgment in the amount of $2,000.00, plus $0.00 Costs.

**BY THE COURT:**

_____ C.M.

**J.**

51 (07/09/01)



# PHILADELPHIA MUNICIPAL COURT

**Office of the Deputy Court Administrator**

1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107

215-686-2910

07/13/2015

Marsha H. Neifield
President Judge

Patricia R. McDermott
Deputy Court Administrator

| | | |
|---|---|---|
| City of Philadelphia: Department of Licenses and Inspections | Plaintiff | Date of Judgment: 07/13/2015 |
| | | Claim No: CE-15-03-32-0347 |
| | | Prop. At: 02728 E ALLEGHENY AVE 0000000 |
| **vs.** | | |
| EDWARD C TOMASZEWSKI JR 11035 KNIGHTS RD PHILADELPHIA, PA 19154 | Defendant | Hearing Date Was: 07/13/2015 |
| | | Fine/Cost: $2,000.00 |
| | | Total Jdgmt Amt Due: $2,000.00 |

## NOTICE OF JUDGMENT

Pursuant to Rule 122, you are hereby notified that a judgment has been entered against you, as Defendant, in the above matter.

Upon Payment to the Plaintiff of the above judgment amount, an Order To Satisfy will be filed by the Plaintiff and the judgment will be satisfied on the record.

Your certified check or money-order, made payable to the City of Philadelphia, can be mailed, along with this notice directly to:   City of Philadelphia, Law Department, Code Enforcement Unit, One  Parkway, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102.

Unless the above judgment amount is paid within 30 days from the date hereof, further legal action for collection may be taken with additional costs, chargeable against you.

Patricia R. McDermott
Deputy Court Administrator

*

(255)



☰  L&I Invoice 18-Jun-2018    cnvr2   29-Sep-2022       ✕

## Agency Receivable Transaction Worksheet

cnvr2  29-Sep-2022   1 of 1   ⋮

**Agency Receivable Transactions**   🔍

Agency Receivable Transactions            CNV Summary

| | |
|---|---|
| Lien Code | C06 |
| Use Lien Description from Agency Receivables Bill File | ☐ |
| Lien Code Description | CLEAN UP AND REMOVE RUBBISH |
| Agency Bill Item Code | Community Life Improvement Program |
| Fund Type | GENERAL |
| Violation Date | 24-May-2018 |
| Bill Number | 22635903 |
| Bill Date | 18-Jun-2018 |
| Work Date | 18-Jun-2018 |
| Assessed Tax | 1,094.64 |
| Admin Fee | 229.87 |
| Total | 1,324.51 |

## Contact Information

⌄

## Agency Receivable Transaction Worksheet

cnvr2  29-Sep-2022  1 of 1  ⋮

Agency Receivable Transactions  🔍

Agency Receivable Transactions        CNV Summary

CNV P&I Thru Date    19-Sep-2022

## Tax

CNV Tax    1,324.51

## Penalty

CNV Penalty    0.00

## Interest

CNV Interest    317.76

## Miscellaneous

CNV Lien    0.00