IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re                                               :
                                                 :     Chapter 13
    EDWARD TOMASZEWSKI           :
                                                 :     Case No. 24-12260(AMC)
                                  Debtor. :
-------------------------------------------------------x

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copies of the foregoing City of Philadelphia's Objection to Proposed First Amended Chapter 13 Plan was served by the means designated below, on the date set forth below, upon the following parties:

Via ECF Filing

Debtor's Counsel:
Michael A. Cibik, Esq.
Cibik Law, P.C.
1500 Walnut Street, Ste 900
Philadelphia, PA 19102

Chapter 13 Trustee:
Scott F. Waterman
Office of the Chapter 13 Standing Trustee
2901 St. Lawrence Ave., Ste 100
Reading, PA 19606

VIA MAIL

Edward C. Tomaszewski, Jr.
2724 E Allegheny Avenue
Philadelphia, PA 19134-5916

                                                            Respectfully submitted,

Date: January 9, 2025          By:    /s/ Pamela Elchert Thurmond
                                                            PAMELA ELCHERT THURMOND
                                                            Senior Attorney
                                                           PA Attorney I.D. 202054
                                                          City of Philadelphia Law Department
                                                          1401 JFK Blvd., 5th Floor
                                                          Philadelphia, PA 19102-1595

215-686-0508 (phone)
215-686-0582 (facsimile)
Email: Pamela.Thurmond@phila.gov