UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Edward C. Tomaszewski, Jr <br><br>     Debtor | Chapter 13 <br><br> Bankruptcy No. 24-12260-AMC |

## CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that true and correct copies of the foregoing *Trustee's Motion to Dismiss With A Bar Pursuant to 11 U.S.C. Sections 105 and 1307* and *Notice of Motion, Response Deadline and Hearing Date Pursuant to Local Bankruptcy Rule 9014-3* have been served this 15th day of January, 2025 by first class mail upon those listed below:

Edward C. Tomaszewski, Jr
2724 E Allegheny Ave
Philadelphia, PA  19134-5916

**Electronically via ECF/System ONLY:**

CIBIK LAW, PC

George M. Conway, Esq.
Office of the United States Trustee

 

                                                   */s/ Kristen Gliem*
                                                   Kristen Gliem
                                                   for
                                                   Scott F. Waterman, Esq.
                                                   Standing Chapter 13 Trustee