United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward C. Tomaszewski, Jr  
    Debtor

Case No. 24-12260-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Feb 20, 2025      Form ID: pdf900      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 22, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Edward C. Tomaszewski, Jr, 2724 E Allegheny Ave, Philadelphia, PA 19134-5916 |
| nof | + | Sandra Tomaszewski, 2724 E. Allegheny Avenue, Philadelphia, PA 19134-5916 |
| cr | + | US Bank Trust National Association, Not In Its Ind, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| cr | + | William Penn Bank, 2900 Comly Road, Philadelphia, PA 19154-2107 |
| 14902952 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14906000 | + | US Bank Trust National Association, c/o Steven K. Eisenberg, Esquire, 1581 Main Street, Suite 200, The Shops at Valley Square, WArrington, PA 18976-3403 |
| 14902957 | + | Washington Savings Bank, 2701 E Allegheny Ave, Philadelphia, PA 19134-5991 |
| 14902958 | | William Penn Bank, 201 Pond St, Bristol, PA 19007-4922 |
| 14919473 | + | William Penn Bank, c/o Amar A. Agrawal, Esquire, Eisenberg, Gold & Agrawal, P.C., 1040 N. Kings Highway, Suite 200, Cherry Hill, NJ 08034-1925 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Feb 21 2025 00:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | Email/Text: megan.harper@phila.gov | Feb 21 2025 00:45:00 | CITY OF PHILADELPHIA, Tax & Revenue Unit, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, Major Tax Litigation Division, Philadelphia, PA 19102-1595 |
| 14902941 | Email/PDF: bncnotices@becket-lee.com | Feb 21 2025 05:09:45 | American Express, Attn: Bankruptcy, 200 Vesey St, New York, NY 10285-1000 |
| 14914920 | Email/PDF: bncnotices@becket-lee.com | Feb 21 2025 03:14:58 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14902944 | Email/Text: megan.harper@phila.gov | Feb 21 2025 00:45:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14962085 | Email/Text: megan.harper@phila.gov | Feb 21 2025 00:45:00 | City of Philadelphia Law Department, Tax Litigation and Collections Unit, 1401 John F. Kennedy Blvd., Suite 580, Philadelphia, PA 19102 |
| 14940812 | Email/Text: megan.harper@phila.gov | Feb 21 2025 00:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 14902942 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2025 03:01:09 | Capital One Financial Corp., Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 14905147 | Email/PDF: ebn_ais@aisinfo.com | Feb 21 2025 03:02:10 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14902943 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | |
|---|---|---|---|
| | | Feb 21 2025 05:09:50 | Citibank N.A., Mail Code 451, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14902945 | Email/Text: bankruptcy@philapark.org | Feb 21 2025 00:45:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14902946 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 21 2025 00:45:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14902947 | Email/Text: ml-ebn@missionlane.com | Feb 21 2025 00:44:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 14924580 | + Email/PDF: ebn_ais@aisinfo.com | Feb 21 2025 03:01:20 | Mission Lane LLC, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14902948 | Email/Text: nsm_bk_notices@mrcooper.com | Feb 21 2025 00:44:00 | Nationstar Mortgage LLC, 350 Highland Dr, Lewisville, TX 75067-4488 |
| 14902949 | Email/Text: fesbank@attorneygeneral.gov | Feb 21 2025 00:45:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14902950 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 21 2025 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14928443 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 21 2025 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14902951 | ^ MEBN | Feb 21 2025 00:35:29 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14902953 | Email/Text: bankruptcy@philapark.org | Feb 21 2025 00:45:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14902954 | + Email/PDF: ais.sync.ebn@aisinfo.com | Feb 21 2025 03:14:10 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1259 |
| 14902955 | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 21 2025 00:45:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14902956 | ^ MEBN | Feb 21 2025 00:35:09 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14924513 | Email/Text: mtgbk@shellpointmtg.com | Feb 21 2025 00:44:00 | US Bank Trust National Association, et al, c/o Shellpoint Mortgage Servicing, PO BOX 10826, Greenville, SC 29603-0826 |
| 14920314 | + Email/PDF: ebn_ais@aisinfo.com | Feb 21 2025 03:01:08 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**   **Bypass Reason**   **Name and Address**
smg            *                   Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

Case 24-12260-amc    Doc 63    Filed 02/22/25    Entered 02/23/25 00:40:49    Desc Imaged
Certificate of Notice    Page 3 of 4

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 20, 2025 | Form ID: pdf900 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2025                                     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| AMAR A AGRAWAL | on behalf of Creditor William Penn Bank aagrawal@egalawfirm.com alapinski@egalawfirm.com |
| ANN E. SWARTZ | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com ecfmail@ecf.courtdrive.com |
| DANIEL P. JONES | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| MICHAEL A. CIBIK | on behalf of Debtor Edward C. Tomaszewski Jr help@cibiklaw.com, noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor CITY OF PHILADELPHIA pamela.thurmond@phila.gov |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEVEN K. EISENBERG | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13

Edward C. Tomaszewski, Jr.,

Debtor. : 24-12260-AMC

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED** and Debtor is barred from filing bankruptcy, either individually or jointly with a spouse under any section of the code, without prior leave of Court **FOR A PERIOD OF ONE YEAR**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within **twenty (20) days** of the entry of this Order.

5. **Promptly after the expiration of the time period set forth in Paragraph 4 above, Counsel for the Debtor(s) shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Dated: Feb. 20, 2025

**ASHELY M. CHAN**
**CHIEF U.S. BANKRUPTCY JUDGE**