# United States Bankruptcy Court
# Eastern District of Pennsylvania

In re:

    Edward C. Tomaszewski, Jr.,

        Debtor.

Case No. 24-12260-AMC

Chapter 13

## Certificate of Service

I certify that on this date, I caused this application for compensation along with the notice and all attachments to be served on the following parties by first class mail or through the CM/ECF system:

Scott F. Waterman (CM/ECF)

U.S. Trustee (CM/ECF)

Edward C. Tomaszewski, Jr.
2724 E Allegheny Ave
Philadelphia, PA 19134-5916

Date: February 24, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com